UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ONIONS DIRECT, LLC; GENE WHEELER FARMS INC; and RCF PRODUCE, INC., <br><br>                    Plaintiffs, <br><br>        v. <br><br>JOSEPH DECCIO and JANE DOE DECCIO, individually and the marital community comprised thereof; MICHAEL KLICKER and JANE DOE KLICKER, individually and the marital community comprised thereof; NICK J. TARUSCIO and JANE DOE TARUSCIO, individually and the marital community comprised thereof; PAUL CASTOLDI and JANE DOE CASTOLDI, individually and the marital community comprised thereof; NATHAN CASTOLDI and JANE DOE CASTOLDI, individually and the marital community comprised thereof; BRYON F. MAGNAGHI and JANE DOE MAGNAGHI, individually and the marital community comprised thereof,; and AMERICANWEST BANK, INC., <br><br>                    Defendants. | No.  CV-12-5159-EFS <br><br>**ORDER GRANTING THE JOINT MOTION TO SUBSITUTE AMERICANWEST BANK AS PLAINTIFF AND DISMISS AMERICANWEST BANK AS DEFENDANT** |

     Before the Court, without oral argument, is the Motion to Substitute AmericanWest Bank as Plaintiff and Dismiss AmericanWest Bank as Defendant, filed jointly by Plaintiffs and Defendant AmericanWest Bank, Inc.  ECF No. 68.  This motion is based on Plaintiffs and AmericanWest Bank's settlement agreement whereby they

ORDER - 1

agreed: 1) Plaintiffs will assign their Perishable Agricultural Commodities Act (PACA) claims against the remaining Defendants to AmericanWest Bank, and AmericanWest Bank will be substituted as the plaintiff, and 2) Plaintiffs will dismiss their claims against AmericanWest Bank. ECF No. 71. Defendants Joseph Deccio, Michael Klicker, Nick J. Taruscio, Paul Castoldi, and Nathan Castoldi oppose the motion, concerned that AmericanWest's substitution as plaintiff will hinder their ability to argue that AmericanWest Bank is the responsible party for any PACA violations or breach of the PACA trust. ECF No. 72. Based on the current record, the Court finds no basis to deny the motion. Pursuant to Federal Rule of Civil Procedure 25(c), the Court permits AmericanWest to be substituted in as Plaintiff in this lawsuit given Plaintiffs' assignment of their rights as to the remaining Defendants to AmericanWest Bank. As there are no pled counterclaims against Plaintiffs or any cross-claims against AmericanWest by the remaining Defendants, the Court dismisses AmericanWest Bank as a defendant pursuant to Rule 41(a). These rulings do not affect the remaining Defendants' ability to seek leave of Court to file counterclaims or affirmative defenses against AmericanWest Bank.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Motion to Substitute AmericanWest Bank as Plaintiff and Dismiss AmericanWest Bank as Defendant, **ECF No. 68**, is **GRANTED.**

2. AmericanWest Bank is **DISMISSED** as a defendant, and is **SUBSTITUTED** as the Plaintiff in this lawsuit.

ORDER - 2

3. The case caption is to be **AMENDED** as follows:

AMERICANWEST BANK,

>Plaintiff,

>v.

JOSEPH DECCIO and JANE DOE DECCIO, individually and the marital community comprised thereof; MICHAEL KLICKER and JANE DOE KLICKER, individually and the marital community comprised thereof; NICK J. TARUSCIO and JANE DOE TARUSCIO, individually and the marital community comprised thereof; PAUL CASTOLDI and JANE DOE CASTOLDI, individually and the marital community comprised thereof; NATHAN CASTOLDI and JANE DOE CASTOLDI, individually and the marital community comprised thereof; BRYON F. MAGNAGHI and JANE DOE MAGNAGHI, individually and the marital community comprised thereof,

>Defendants.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 7th day of February 2014.


>s/Edward F. Shea
>EDWARD F. SHEA
>Senior United States District Judge

Q:\EFS\Civil\2012\5159.subst.am.westbank.lc1.docx

ORDER - 3