UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMERICANWEST BANK,<br><br>                    Plaintiff,<br><br>         v.<br><br>JOSEPH DECCIO and JANE DOE DECCIO, individually and the marital community comprised thereof; MICHAEL KLICKER and JANE DOE KLICKER, individually and the marital community comprised thereof; NICK J. TARUSCIO and JANE DOE TARUSCIO, individually and the marital community comprised thereof; PAUL CASTOLDI and JANE DOE CASTOLDI, individually and the marital community comprised thereof; NATHAN CASTOLDI and JANE DOE CASTOLDI, individually and the marital community comprised thereof; BRYON F. MAGNAGHI and JANE DOE MAGNAGHI, individually and the marital community comprised thereof,<br><br>                    Defendants. | No.  CV-12-5159-EFS<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF DEFENDANT MAGNAGHIS WITH PREJUDICE** |

     On March 4, 2014, Plaintiff AmericanWest Bank and Defendants Bryon and Jean M. Magnaghi filed a stipulated dismissal, ECF No. 85. No objection has been filed to this stipulated dismissal. Consistent with the stipulation and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

ORDER - 1

1. The Stipulation for Order of Dismissal, **ECF No. 85**, is **GRANTED.**

2. All claims are **DISMISSED WITH PREJUDICE** with each of these settling parties to bear their own costs and attorneys' fees.

3. The case caption shall be **AMENDED** to reflect the dismissal of the Magnaghi Defendants.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 17th day of March 2014.

s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Civil\2012\5159.stip.dism.magnaghi.lc1.docx

ORDER - 2