UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMERICANWEST BANK,<br><br>                    Plaintiff,<br><br>     v.<br><br>JOSEPH DECCIO and JANE DOE DECCIO, individually and the marital community comprised thereof; MICHAEL KLICKER and JANE DOE KLICKER, individually and the marital community comprised thereof; NICK J. TARUSCIO and JANE DOE TARUSCIO, individually and the marital community comprised thereof; PAUL CASTOLDI and JANE DOE CASTOLDI, individually and the marital community comprised thereof; and NATHAN CASTOLDI and JANE DOE CASTOLDI, individually and the marital community comprised thereof,<br><br>                    Defendants. | No.  CV-12-5159-EFS<br><br>**ORDER GRANTING STIPULATED DISMISSAL OF THE DIRECTOR DEFENDANTS, STRIKING TRIAL, AND CLOSING FILE** |

On March 4, 2014, Plaintiff AmericanWest Bank and Defendants Joseph and Jane Doe Deccio, Michael and Jane Doe Klicker, Nick and Jane Doe Taruscio, Paul and Jane Doe Castoldi, Nathan and Jane Doe Castoldi (collectively, "Director Defendants") filed a stipulated dismissal, ECF No. 90.  The Court understands that this resolves the remaining claims in this lawsuit.  Accordingly, consistent with the

ORDER - 1

1  stipulation and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY**
2  **ORDERED:**
3      **1.**    The Stipulation for Order of Dismissal, **ECF No. 90**, is
4          **GRANTED.**
5      **2.**    These parties' claims against each other are **DISMISSED**
6          **WITH PREJUDICE** with each of these settling parties to bear
7          their own costs and attorneys' fees.
8      **3.**    The Director Defendants' Motion to Compel, **ECF No. 74**, and
9          AmericanWest Bank's Motion for Sanctions, **ECF No. 79**, are
10         **DENIED AS MOOT.**
11     **4.**    All hearings and trial are **STRICKEN**.
12     **5.**    This file shall be **CLOSED**, subject to reopening upon good
13         cause shown.
14     **IT IS SO ORDERED.** The Clerk's Office is directed to enter this
15 Order and provide copies to all counsel.
16     **DATED** this 27th day of March 2014.

                      s/Edward F. Shea
                      EDWARD F. SHEA
        Senior United States District Judge